IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**UNITED STATES OF AMERICA,**

          Plaintiff,

**v.**                                  **Criminal Action No. 1:17-CR-51**
                                           **(KEELEY)**

**JAMES L. LAURITA, JR.,**

          Defendant.

## PROTECTIVE ORDER

On this day, the above-captioned criminal action came before this Court for consideration of the United States' Unopposed Motion for Protective Order [Doc. 9], filed September 29, 2017. In the motion, the United States requests that this Court enter a Protective Order restricting discovery in lieu of redactions. The defendant does not oppose the motion, and the parties have agreed to the below-outlined language of a Protective Order.

Upon careful consideration of the above, this Court finds good cause to restrict discovery as requested and hereby **GRANTS** the motion **[Doc. 9]**. Accordingly, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure and Rule 16.09 of the Local Rules of Criminal Procedure, this Court hereby **ORDERS** as follows:

1.     The United States shall disclose its discovery to counsel for the defendant via two (2) copies of encrypted, password-protected electronic media devices, which include CD-ROMs and/or external hard drives.

2.     Counsel for the defendant shall not create any additional electronic copies of the provided electronic media devices. Counsel for the defendant may, however, make two (2) hard paper copies of the discovery for review purposes. Counsel for the defendant may share the

1

provided electronic media devices and/or any hard paper copies with any employee of the firm for counsel for the defendant, who is assigned by him to review the same.

3.      Counsel for the defendant shall maintain the provided copies of the electronic media devices, and the two (2) hard paper copies of the discovery, in a secure location.

4.      Counsel for the defendant may mail or hand deliver one (1) of the provided copies of the electronic media devices to the defendant.  To maintain the security of this delivery, the package shall not include the password.  Instead, the password shall be delivered separately to the defendant.  The defendant shall maintain this copy in a secure location.  The defendant shall not copy, or cause or permit another to copy, his set of electronic media devices.  The defendant may, however, make one (1) hard paper copy of the discovery for review purposes, which copy must also be maintained in a secure location.  The defendant shall not disseminate, or cause or permit another to disseminate, the information contained on his set of electronic media devices.

5.      Following the conclusion of this criminal action, counsel for the defendant shall return and/or cause the return of all of the electronic media devices provided to him by the United States, including those devices delivered to the defendant.  Counsel for the defendant and the defendant shall then also destroy their hard paper copies.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** _____, 2017.

_____
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE