### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

        Plaintiff,

**v.**                                                **Criminal No.   1:17-CR-51**

**JAMES L. LAURITA, JR.,**

        Defendant.

## NOTICE OF APPEARANCE AS CO-COUNSEL

Now comes the United States of America and requests the Court to note the appearance of Randolph J. Bernard, Assistant United States Attorney for the Northern District of West Virginia, as co-counsel for the United States in this matter.

                                                Respectfully submitted,

                                                WILLIAM J. POWELL
                                                UNITED STATES ATTORNEY

                               By:    /s/ Randolph J. Bernard
                                           Randolph J. Bernard
                                           Assistant United States Attorney

## CERTIFICATE OF SERVICE

  I, Randolph J. Bernard, Assistant United States Attorney, for the Northern District of West Virginia, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel for the defendant this 5th day of January, 2018.

John A. Carr, Esq.
John A. Carr, Attorney at Law, PLLC
179 Summers Street, Suite 209
Charleston, WV 25301

            Respectfully Submitted,

            WILLIAM J. POWELL
            United States Attorney


        By: /s/ Randolph J. Bernard
            Randolph J. Bernard
            Assistant United States Attorney