IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**UNITED STATES OF AMERICA,**

      Plaintiff,

**v.**                                                  **Criminal Action No. 1:17-CR-51**
                                                                   **(KEELEY)**

**JAMES L. LAURITA, JR.,**

      Defendant.

## UNITED STATES' PROPOSED VERDICT FORM

      Now comes the United States of America, by and through the undersigned attorneys, and submits this proposed Verdict Form.

### Count One

      1.      With respect to Count One, the charge of Scheme to Cause False Statements to Federal Election Commission, in violation of 18 U.S.C. §§ 1001(a)(1) and 2, we find the defendant, James L. Laurita, Jr.:

            Guilty _____                      Not Guilty _____

**Count Two**

2. With respect to Count Two, the charge of Causing Contributions in the Name of Another, in violation of 52 U.S.C. § 30122 and 18 U.S.C. § 2, we find the defendant, James L. Laurita, Jr.:

    Guilty _____            Not Guilty _____

**Special Interrogatories for Count Two**:

Complete 2(a) only if your finding for Count Two was "Guilty."

2(a). With regard to the Violation charged in Count Two, we find that the offense involved more than or equal to $25,000.00 of total contributions made in the name of another during the calendar year of 2012 to a candidate seeking nomination for election to federal office.

    Yes_____            No_____

Complete 2(b) only if your finding for Count Two was "Guilty" <u>and</u> your finding for 2(a) was "No."

2(b). With regard to the Violation charged in Count Two, we find that the offense involved more than $10,000.00 of total contributions made in the name of another during the calendar year of 2012 to a candidate seeking nomination for election to federal office.

    Yes_____            No_____

Complete 2(c) only if your finding for Count Two was "Guilty" <u>and</u> your finding for 2(a) <u>and</u> 2(b) was "No."

2(c). With regard to the Violation charged in Count Two, we find that the offense involved more than or equal to $2,000.00 of total contributions made in the name of another during the calendar year of 2012 to a candidate seeking nomination for election to federal office.

    Yes_____            No_____

**Count Three**

3. With respect to Count Three, the charge of Causing Contributions in the Name of Another, in violation of 52 U.S.C. § 30122 and 18 U.S.C. § 2, we find the defendant, James L. Laurita, Jr.:

Guilty _____          Not Guilty _____

**Special Interrogatories for Count Three**:

Complete 3(a) only if your finding for Count Three was "Guilty."

3(a). With regard to the Violation charged in Count Three, we find that the offense involved more than or equal to $25,000.00 of total contributions made in the name of another during the calendar year of 2013 to a candidate seeking nomination for election to federal office.

Yes_____          No_____

Complete 3(b) only if your finding for Count Three was "Guilty" and your finding for 3(a) was "No."

3(b). With regard to the Violation charged in Count Three, we find that the offense involved more than $10,000.00 of total contributions made in the name of another during the calendar year of 2013 to a candidate seeking nomination for election to federal office.

Yes_____          No_____

Complete 3(b) only if your finding for Count Three was "Guilty" and your finding for 3(a) and 3(b) was "No."

3(c). With regard to the Violation charged in Count Three, we find that the offense involved more than or equal to $2,000.00 of total contributions made in the name of another during the calendar year of 2013 to a candidate seeking nomination for election to federal office.

Yes_____          No_____

**Count Four**

4. With respect to Count Four, the charge of Causing Excessive Contributions, in violation of 52 U.S.C. § 30116 and 18 U.S.C. § 2, we find the defendant, James L. Laurita, Jr.:

  Guilty _____    Not Guilty _____

**Special Interrogatories for Count Four**:

Complete 4(a) only if your finding for Count Four was "Guilty."

4(a). With regard to the Violation charged in Count Four, we find that the offense involved more than or equal to $25,000.00 of total excessive contributions made during the calendar year of 2013 to McKinley for Congress, the official federal campaign committee of David McKinley.

  Yes_____    No_____

Complete 4(b) only if your finding for Count Four was "Guilty" <u>and</u> your finding for 4(a) was "No."

4(b). With regard to the Violation charged in Count Four, we find that the offense involved more than or equal to $2,000.00 of total excessive contributions made during the calendar year of 2013 to McKinley for Congress, the official federal campaign committee of David McKinley.

  Yes_____    No_____

**Count Five**

5. With respect to Count Five, the charge of Causing Excessive Contributions, in violation of 52 U.S.C. § 30116 and 18 U.S.C. § 2, we find the defendant, James L. Laurita, Jr.:

      Guilty _____            Not Guilty _____

**Special Interrogatories for Count Five**:

Complete 5(a) only if your finding for Count Five was "Guilty."

5(a). With regard to the Violation charged in Count Five, we find that the offense involved more than or equal to $25,000.00 of total excessive contributions made during the calendar year of 2013 to Capito for West Virginia, the official federal campaign committee of Shelley Moore Capito.

      Yes_____            No_____

Complete 5(b) only if your finding for Count Five was "Guilty" and your finding for 5(a) was "No."

5(b). With regard to the Violation charged in Count Five, we find that the offense involved more than or equal to $2,000.00 of total excessive contributions made during the calendar year of 2013 to Capito for West Virginia, the official federal campaign committee of Shelley Moore Capito.

      Yes_____            No_____

## Count Six

6. With respect to Count Six, the charge of Causing False Statement to Federal Election Commission, in violation of 18 U.S.C. § 1001(a)(2) and 2, we find the defendant, James L. Laurita, Jr.:

Guilty _____ Not Guilty _____

## Count Seven

7. With respect to Count Seven, the charge of Causing False Statement to Federal Election Commission, in violation of 18 U.S.C. § 1001(a)(2) and 2, we find the defendant, James L. Laurita, Jr.:

Guilty _____ Not Guilty _____

## Count Eight

8. With respect to Count Eight, the charge of Causing False Statement to Federal Election Commission, in violation of 18 U.S.C. § 1001(a)(2) and 2, we find the defendant, James L. Laurita, Jr.:

Guilty _____ Not Guilty _____

        Respectfully submitted,

        WILLIAM J. POWELL
        UNITED STATES ATTORNEY

By:   /s/ Jarod J. Douglas
        Jarod J. Douglas
        Assistant United States Attorney

And

        /s/ Randolph J. Bernard
        Randolph J. Bernard
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 12th day of January 2018, the foregoing UNITED STATES' PROPOSED VERDICT FORM was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Carr, Esq.
John A. Carr, Attorney at Law, PLLC
179 Summers Street, Suite 209
Charleston, WV 25301
*Counsel for Defendant*

By: /s/ Jarod J. Douglas
Jarod J. Douglas
Assistant United States Attorney