**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG**

**UNITED STATES OF AMERICA,**

       Plaintiff,

**v.**                                                    **Criminal Action No. 1:17-CR-51**
                                                         **(KEELEY)**

**JAMES L. LAURITA, JR.,**

       Defendant.

## STIPULATION

Now come the parties to this action and hereby stipulate as follows:

A.  Stipulations as to Authenticity of Exhibits

The following exhibits are authentic:

    a.  Government Exhibits Nos. 1 and 1-1 through 1-140, MEPCO E-Mails;

    b.  Government Exhibits Nos. 2-17, and their sub-exhibits, Bank Records and Campaign Committee Records;

    c.  Government Exhibits Nos. 18, and its sub-exhibits, 39, 39-1, and 39-2, Campaign Committee Records;

    d.  Government Exhibits Nos. 19-38, FEC Reports;

    e.  Government Exhibit No. 40, MEPCO Bankruptcy Petition;

    f.  Government Exhibit No. 41, MEPCO Organization Chart from MEPCO Bankruptcy Petition;

    g.  Government Exhibit No. 42, Written Consent of MEPCO Board dated December

1

28, 2012;

    h.  Government Exhibit No. 43, West Virginia Secretary of State Records regarding MEPCO;

    i.  Government Exhibit No. 44, Excel Spreadsheet of 2013 Donations to Capito Campaign;

    j.  Government Exhibit No. 48, Hughes Spreadsheet dated October 18, 2011;

    k.  Government Exhibit No. 49, Hughes-Osborn Spreadsheet dated March 29, 2012;

    l.  Government Exhibit No. 50, Hughes Spreadsheet dated August 24, 2012;

    m.  Government Exhibit No. 51, Hughes Spreadsheet dated November 15, 2012;

    n.  Government Exhibit No. 52, Hughes Spreadsheet dated November 16, 2012;

    o.  Government Exhibit No. 53, Hughes Spreadsheet dated December 11, 2012;

    p.  Government Exhibit No. 54, Hughes Spreadsheet dated September 11, 2013;

    q.  Government Exhibit No. 55, Crane Spreadsheet dated December 11, 2012; and

    r.  Government Exhibit No. 56, Crane Spreadsheet dated March 28, 2013;

B.  Stipulations as to Admissibility of Exhibits

    1.  The following exhibits are admissible:

        a.  Government Exhibits Nos. 1-2, 1-5, 1-16, 1-17, 1-24, 1-26, 1-38, 1-50, 1-52, 1-53, 1-54, 1-60, 1-64, 1-68, 1-71, 1-79, 1-80, 1-90, 1-97, 1-107, 1-139, and 1-140, MEPCO E-Mails;

        b.  Government Exhibits Nos. 2-17, and their sub-exhibits, Bank Records and Campaign Committee Records;

        c.  Government Exhibits Nos. 18, and its sub-exhibits, 39, 39-1, and 39-2, Campaign

Committee Records;

d.  Government Exhibits Nos. 19-38, FEC Reports;

e.  Government Exhibit No. 40, MEPCO Bankruptcy Petition;

f.  Government Exhibit No. 41, MEPCO Organization Chart from MEPCO Bankruptcy Petition;

g.  Government Exhibit No. 42, Written Consent of MEPCO Board dated December 28, 2012; and

h.  Government Exhibit No. 43, West Virginia Secretary of State Records regarding MEPCO.

Respectfully submitted,

WILLIAM J. POWELL
UNITED STATES ATTORNEY

By:

Jarod J. Douglas
Assistant United States Attorney

By:

John A. Carr
Counsel for Defendant

By:

James L. Laurita, Jr.
Defendant

3