IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                 Criminal Action No. 1:17-CR-51
                                         (KEELEY)

JAMES L. LAURITA, JR.,

      Defendant.

## UNITED STATES' FIRST PROPOSED VOIR DIRE

Now comes the United States of America, by William J. Powell, United States Attorney for the Northern District of West Virginia, by Jarod J. Douglas and Randolph J. Bernard, Assistant United States Attorneys for said District, and hereby proposes the following voir dire questions.

1. Have you or a close relative worked in the coal industry?

2. Does your experience, or what you know from the experience of a close relative, prevent you from returning a fair and impartial verdict in this case based only upon the evidence and the law?

                                           Respectfully submitted,

                                           WILLIAM J. POWELL
                                           UNITED STATES ATTORNEY

                     By:    /s/ Jarod J. Douglas
                            Jarod J. Douglas
                            Assistant United States Attorney

                   And

                            /s/ Randolph J. Bernard
                            Randolph J. Bernard
                            Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 23rd day of January 2018, the foregoing UNITED STATES' FIRST PROPOSED VOIR DIRE was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Carr, Esq.
John A. Carr, Attorney at Law, PLLC
179 Summers Street, Suite 209
Charleston, WV 25301
*Counsel for Defendant*

By: /s/ Jarod J. Douglas
Jarod J. Douglas
Assistant United States Attorney