IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

UNITED STATES OF AMERICA

v.  CASE NO:   1:17-CR-00051

JAMES L. LAURITA, JR.

### DEFENDANT'S PROPOSED VOIR DIRE

The Defendant, James L. Laurita, Jr., by Counsel, John A. Carr, respectfully submits the attached proposed voir dire and requests the Court ask the prospective jurors the questions contained therein.

**JAMES L. LAURITA, JR.**
By Counsel

s/ John A. Carr
John A. Carr, Esq. (WVSB #10461)
John A. Carr Attorney at Law, PLLC
179 Summers Street, Ste 209
Charleston, WV 25301
304-344-4822
E-mail:  jcarr@jcarrlaw.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**UNITED STATES OF AMERICA**

v.                                                                               **CASE NO:   1:17-CR-00051**

**JAMES L. LAURITA, JR.**

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing **"DEFENDANT'S PROPOSED VOIR DIRE"** was served with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Jarod J. Douglas
Assistant United States Attorney
PO Box 591
Wheeling, WV  26003

Date:  January 23, 2018

s/ John A. Carr
John A. Carr, Esq. (WVSB #10461)
John A. Carr Attorney at Law, PLLC
179 Summers Street, Ste 209
Charleston, WV 25301
304-344-4822
E-mail:  jcarr@jcarrlaw.com

2

## DEFENDANT'S PROPOSED VOIR DIRE

1. This case involves campaign contributions to individuals seeking elected office. Do any of you have strong feelings – either positive or negative – about those who contribute to candidates and campaigns that would impact your ability to fairly consider the evidence in this case?

2. It is expected that you will also hear that the campaign contributions were made to candidates that it was believed would support the coal and energy industries. Do any of you have strong feelings – either positive or negative – about the coal and energy industries that would impact your ability to fairly consider the evidence in this case?