# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.                                            **Criminal Action No. 1:17-CR-51**
                                                             **(KEELEY)**

**JAMES L. LAURITA, JR.,**

       Defendant.

## UNITED STATES' SECOND PROPOSED VOIR DIRE

Now comes the United States of America, by William J. Powell, United States Attorney for the Northern District of West Virginia, by Jarod J. Douglas and Randolph J. Bernard, Assistant United States Attorneys for said District, and hereby proposes the following voir dire questions.

1. Have you or a close relative ever been employed by any of the following entities:

    a. GenPower Holdings GP, Ltd.;

    b. GenPower Holdings, L.P.;

    c. Siemens Financial Services, Inc.;

    d. GenPower Services, LLC;

    e. Longview Intermediate Holdings A, LLC;

    f. Mepco SM, LLC;

    g. DCWTS Holdings, LLC;

    h. Dunkard Creek Water Treatment System, LLC;

    i. Longview Intermediate Holdings B, LLC;

    j. Longview Intermediate Holdings C, LLC;

    k. Mepco Holdings, LLC;

l. Longview Power, LLC;

m. Alternate Energy, LLC;

n. Mepco Intermediate Holdings A, LLC;

o. Mepco Intermediate Holdings, LLC;

p. Mepco, LLC;

q. Coresco, LLC;

r. Dana Mining Company of Pennsylvania, LLC;

s. Dana Mining Company, LLC;

t. Mepco Conveyor, LLC;

u. Shannopin Materials, LLC;

v. Border Energy, LLC;

w. Mepco, Inc.;

x. Jennmar;

y. Camelot Coal;

z. Laurita Excavating;

aa. GMS Mine Repair;

bb. Allegheny Energy;

cc. Arch Coal, Inc.;

dd. CONSOL Energy;

ee. Laurita Energy Corp.;

ff. Ethos Corporation;

gg. Alpha Natural Resource;

hh. Swanson Industries;

      ii. First Reserve Corporation; or

      jj. Laurel Aggregate?

2. Does your experience, or what you know from the experience of a close relative, prevent you from returning a fair and impartial verdict in this case based only upon the evidence and the law?

3. Have you or a close relative ever been employed by, or volunteered for, the campaign of any of the following candidates:

    a. United States Senator Joe Manchin, WV;

    b. United States Senator Shelley Moore Capito, WV;

    c. United States Representative David McKinley, WV;

    d. United States Congressional Candidate Rick Snuffer, WV;

    e. United States Congressional Candidate Mike Oliverio, WV;

    f. United States Congressional Candidate Sarah Minear, WV;

    g. United States Congressional Candidate Elliot E. "Spike" Maynard, WV;

    h. United States Representative Mark Critz, PA (former);

    i. United States Representative Jason Altmire, PA (former);

    j. United States Representative Tim Murphy, PA (former);

    k. United States Congressional Candidate Tom Smith, PA; or

    l. Governor Earl Ray Tomblin, WV (former)?

4. Does your experience, or what you know from the experience of a close relative, prevent you from returning a fair and impartial verdict in this case based only upon the evidence and the law?

       Respectfully submitted,

       WILLIAM J. POWELL
       UNITED STATES ATTORNEY

By: <u>/s/ Jarod J. Douglas</u>
   Jarod J. Douglas
   Assistant United States Attorney

And

   <u>/s/ Randolph J. Bernard</u>
   Randolph J. Bernard
   Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 24th day of January 2018, the foregoing UNITED STATES' SECOND PROPOSED VOIR DIRE was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Carr, Esq.
John A. Carr, Attorney at Law, PLLC
179 Summers Street, Suite 209
Charleston, WV 25301
*Counsel for Defendant*

Michael B. Hissam, Esq.
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301
*Counsel for Defendant*

By: /s/ Jarod J. Douglas
Jarod J. Douglas
Assistant United States Attorney