```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  **v.**                       //        **CRIMINAL NO. 1:17CR51**
                                                    **(Judge Keeley)**

**JAMES L. LAURITA, JR.,**

        **Defendant.**

## ORDER FOLLOWING FINAL PRETRIAL CONFERENCE

On January 22, 2018, the Court conducted a final pretrial conference in this case (Dkt. No. 28). For the reasons stated on the record, the Court:

- **HELD IN ABEYANCE** a ruling on the Government's Motion <u>In Limine</u> (Dkt. No. 27);

- **GRANTED** the Government's oral motion to dismiss Count Five of the Indictment (Dkt. No. 1); and

- **GRANTED** the Government's oral motion to withdraw its First Supplemental Exhibit List (Dkt. No. 25).

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: January 24, 2018.

                                                  /s/ Irene M. Keeley
                                                  IRENE M. KEELEY
                                                  UNITED STATES DISTRICT JUDGE