**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**               **//**      **CRIMINAL NO. 1:17cr51
(Judge Keeley)**

**JAMES L. LAURITA, JR.,**

        **Defendant.**

<u>**ORDER**</u>

It appearing to the Court that the jury in the above-styled criminal action has begun deliberating its verdict and has not at this time arrived at a verdict as to the Indictment; that in the interest of justice the jury should continue its deliberations; and that the jury has advised the Court through the Court Security Officer that the jury desires to continue its deliberations through the lunch hour; it is

**ORDERED** that, pursuant to 28 U.S.C. § 1871(e), the Clerk of this District shall provide the members of the jury with their lunch on February 2, 2018, in the jury room and the Court believing that it is advisable for the jury to remain in the jury room, the Court Security Officer will deliver food as ordered by said jurors.

Dated: February 2, 2018

                           /s/ Irene M. Keeley
                           UNITED STATES DISTRICT JUDGE