```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  **v.**                //        **CRIMINAL NO. 1:17CR51**
                                      **(Judge Keeley)**

**JAMES L. LAURITA, JR.,**

        **Defendant.**

## ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT [DKT. NO. 57] AND DISMISSING INDICTMENT

Having decided not to pursue a retrial, on February 16, 2018, the Government moved to dismiss the Indictment filed against the defendant, James L. Laurita, Jr. (Dkt. No. 57). Finding good cause, the Court **GRANTS** the motion and **DISMISSES** the Indictment in this case (Dkt. No. 1), and further **DENIES AS MOOT** the pending motion in limine (Dkt. No. 27).

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: February 16, 2018.

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE