| AO 435 (Rev. 04/11) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** **DUE DATE:** | |
|---|---|---|---|---|
| **1. NAME** Attorney Gavin Tisdale | | **2. PHONE NUMBER** (202) 879-5255 | **3. DATE** 2/1/2018 | |
| **4. MAILING ADDRESS** Kirkland & Ellis LLP 655 Fifteenth St, NW | | **5. CITY** Washington | **6. STATE** DC | **7. ZIP CODE** 20005 |
| **8. CASE NUMBER** 1:17CR51 | **9. JUDGE** Irene M. Keeley | **DATES OF PROCEEDINGS** | | |
| | | **10. FROM** 1/29/2018 | **11. TO** 2/2/2018 | |
| **12. CASE NAME** United States v James L. Laurita, Jr. | | **LOCATION OF PROCEEDINGS** | | |
| | | **13. CITY** Clarksburg | **14. STATE** WV | |

**15. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [x] VOIR DIRE | January 29, 2018 | [x] TESTIMONY (Specify Witness) | |
| [x] OPENING STATEMENT (Plaintiff) | | | |
| [x] OPENING STATEMENT (Defendant) | | | |
| [x] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] CLOSING ARGUMENT (Defendant) | | | |
| [x] OPINION OF COURT | | | |
| [x] JURY INSTRUCTIONS | | [x] OTHER (Specify) COMPLETE TRIAL TRANSCRIPT | 1/29/2018-2/2/2018 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | 763.00 | 2,784.95 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL** 2,784.95

**18. SIGNATURE** /s/ Gavin Tisdale

**PROCESSED BY** Linda Bachman

**19. DATE** 2/1/2018

**PHONE NUMBER** (304) 282-0395

**TRANSCRIPT TO BE PREPARED BY**
Linda Bachman
P.O. Box 969, Clarksburg, WV 26302

**COURT ADDRESS**
P.O. Box 969
Clarksburg, WV 26302-0969

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 2/1/2018 | LB | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 2/1/2018 | LB | TOTAL CHARGES | 2,784.95 |
| TRANSCRIPT RECEIVED | 3/14/2018 | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 3/14/2018 | | TOTAL DUE | 2,784.95 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY