| AO 435<br>(Rev. 04/11)<br>*Please Read Instructions:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>DUE DATE: | |
|---|---|---|---|---|
| 1. NAME<br>Nick Mueller | | 2. PHONE NUMBER<br>(202) 694-1000 | 3. DATE<br>3/14/2018 | |
| 4. MAILING ADDRESS<br>FEC Commission 999 E St NW | | 5. CITY<br>Washington | 6. STATE<br>DC | 7. ZIP CODE<br>20463 |
| 8. CASE NUMBER<br>1:17CR51 | 9. JUDGE<br>Irene M. Keeley | DATES OF PROCEEDINGS | | |
| | | 10. FROM 1/31/2018 | 11. TO 2/2/2018 | |
| 12. CASE NAME<br>United States v James L. Laurita, Jr. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Clarksburg | 14. STATE WV | |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [x] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] CLOSING ARGUMENT (Defendant) | | | |
| [x] OPINION OF COURT | | | |
| [x] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>TRIAL TRANSCRIPT | 1/31/2018-2/2/2018 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | 238.00 | 214.20 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL: 214.20

| 18. SIGNATURE<br>/s/ Nick Mueller | PROCESSED BY<br>Linda Bachman |
|---|---|
| 19. DATE<br>3/14/2018 | PHONE NUMBER<br>(304) 282-0395 |

| TRANSCRIPT TO BE PREPARED BY<br>Linda Bachman<br>P.O. Box 969, Clarksburg, WV  26302 | COURT ADDRESS<br>P.O. Box 969<br>Clarksburg, WV  26302-0969 | | |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | 3/14/2018 | LB | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | 3/14/2018 | LB | TOTAL CHARGES | 214.20 |
| TRANSCRIPT RECEIVED | 3/15/2018 | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 3/15/2018 | | TOTAL DUE | 214.20 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY