AO 435
(Rev. 04/18)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

*Please Read Instructions:*

| FOR COURT USE ONLY |
|---|
| DUE DATE: |

| 1. NAME Attorney John A Carr | 2. PHONE NUMBER (304) 344-4822 | 3. DATE 5/14/2018 |
|---|---|---|

| 4. DELIVERY ADDRESS OR EMAIL 179 Summers Street, Suite 209 | 5. CITY Charleston | 6. STATE WV | 7. ZIP CODE 25301 |
|---|---|---|---|

| 8. CASE NUMBER 1:17CR51 | 9. JUDGE Irene M. Keeley | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM 1/29/2018 | 11. TO 2/2/2018 |

| 12. CASE NAME United States v James L. Laurita, Jr. | LOCATION OF PROCEEDINGS |
|---|---|
| | 13. CITY Clarksburg | 14. STATE WV |

**15. ORDER FOR**

- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | |
| [x] OPENING STATEMENT (Plaintiff) | | | |
| [x] OPENING STATEMENT (Defendant) | | | |
| [x] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] CLOSING ARGUMENT (Defendant) | | | |
| [x] OPINION OF COURT | | | |
| [x] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Complete trial transcript | Jan 29-Feb 2, 2018 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | 610.00 | 549.00 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 549.00 |
|---|---|---|

| 18. SIGNATURE /s/ John Carr | PROCESSED BY Linda Bachman |
|---|---|
| 19. DATE 5/14/2018 | PHONE NUMBER (304) 282-0395 |
| TRANSCRIPT TO BE PREPARED BY Linda Bachman | COURT ADDRESS PO Box 969 Clarksburg, WV   26302-0969 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 5/14/2018 | llb | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 5/14/2018 | | TOTAL CHARGES | 549.00 |
| TRANSCRIPT RECEIVED | 5/14/2018 | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 5/14/2018 | | TOTAL DUE | 549.00 |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY