IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Criminal Action No. 1:17cr51

JAMES LAURITA, JR.,

    Defendant.

## NOTICE FOR DISPOSITION OF EXHIBITS

Pursuant to Local Rule of General Procedure 79.01, the Clerk shall maintain custody of exhibits produced during a trial or hearing for 60 days after submission of the record on appeal. After that time, the Clerk shall return the exhibits to the attorney or party who produced them. The attorney or party shall execute a receipt listing the exhibits, which the Clerk shall file.

If the attorney or party who produced the exhibits does not claim them within the time set forth above, the Clerk shall dispose of the exhibits. In this case, the Clerk's office will dispose of all unclaimed exhibits listed in the attached exhibit and witness list 30 days after the filing of this Notice, without further order of the Court.

Parties must contact the Clerk's Office in Clarksburg (304-622-8513) to make arrangements for the return of exhibits.

                                              CHERYL DEAN RILEY, CLERK

                                              By: *Debbie Kinsey*
                                                    Deputy Clerk